## No. 943.

### JUREY & GILLIS vs. W. C. WILLIAMSON.

The privilege in favor of the furnisher of necessary supplies for the cultivation of a plantation does not extend to or include goods, or edibles, or necessaries for the household of the planter, nor money advanced to him for his personal use. Nor are the charges for money paid on a policy of insurance of the planter's dwelling house or on his life, privileged claims.

The exception of prematurity of suit is not maintainable when the action is on an open account, and an unmatured note is not one of the items composing that account.

APPEAL from the District Court for Ouachita.    PARSONS, J.

*Richardson & McEnery* for Plaintiff.    *Cobb & Gunby* for Defendant Appellant.

MANNING, C. J., delivered the opinion amending the judgment.